UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 07-17910 |
| | ) | |
| JII REAL ESTATE, INC., | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable John H. Squires |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CASE**

This matter having come on to be heard on the motion of Gary Stengler, not individually, but as the estate representative (the "Estate Representative") for the purpose of implementing the Second Amended Plan of Liquidation (the "Plan") filed by JII Real Estate, Inc. (the "Debtor"), pursuant to 11 U.S.C. § 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1, for entry of a final decree closing the Debtor's case, as more particularly set forth therein, notice having been served on the parties entitled to same, it appearing to the Court that the Plan has been substantially consummated and that the Debtor's estate has been fully administered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Estate Representative is hereby discharged of his trust.

2. That the first quarter of 2011 shall be the final quarter for which the Estate Representative is required to pay a fee to the United States Trustee under 28 U.S.C. § 1930(a).

3. That the estate herein and the above-captioned case shall be closed by the Clerk of the United States Bankruptcy Court.

Enter: *[signature]*

Honorable John H. Squires
United States Bankruptcy Judge

Dated: 2 4 FEB 2011

**Prepared by counsel of Movant:**

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 276-1334

Rev: 20101008_bko